**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 09-2151**

─────────

JOHN D. HORTON,

           Plaintiff - Appellant,

      v.

MICHAEL B. DONLEY,

           Defendant – Appellee,

      and

JAMES G. ROCHE, JR., Secretary of Department of the Air Force,

           Defendant.

─────────

Appeal from the United States District Court for the District of South Carolina, at Columbia.   Margaret B. Seymour, District Judge.  (3:07-cv-02316-MBS)

─────────

Submitted:  February 18, 2010      Decided:  February 23, 2010

─────────

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

John D. Horton, Appellant Pro Se. Terri Hearn Bailey, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John D. Horton appeals the district court's order accepting the recommendation of the magistrate judge and granting the Defendant's motion for summary judgment and dismissing Horton's Title VII action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Horton v. Donley</u>, No. 3:07-cv-02316-MBS (D.S.C. Aug. 28, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>